An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DICOSTANTINO, AN
INDIVIDUAL; AND NEWLIN
WARDEN, AN INDIVIDUAL,
                Appellants,
          vs.
FDIC, AS RECEIVER FOR
COMMUNITY BANK OF NEVADA,
FSB,
                Respondent.

JOHN DICOSTANTINO, AN
INDIVIDUAL; AND NEWLIN
WARDEN, AN INDIVIDUAL,
                Appellants,
          vs.
FDIC, AS RECEIVER FOR
COMMUNITY BANK OF NEVADA,
FSB,
                Respondent.

No. 63706

**FILED**

APR 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

No. 64303

## ORDER DISMISSING APPEALS

On February 27, 2015, this court entered an order summarizing the numerous extensions of time granted to appellants based on the parties' ongoing settlement negotiations. Our order directed appellants to file and serve the opening brief and appendix by April 14, 2015, and cautioned that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal. Instead of an opening brief, appellants have filed a "Notice of Approved Settlement" informing this court that the parties have received approval of the settlement from the FDIC and are "in the process of executing the previously negotiated

15-12573

settlement agreement terms." Based on appellants' representation that the parties have reached a settlement, these appeals are dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Gloria Sturman, District Judge
        Lansford W. Levitt, Settlement Judge
        Marquis Aurbach Coffing
        Schwartz Flansburg PLLC
        Smith Larsen & Wixom
        Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A